IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                                          Case No.: 14-cv-242-wmc

BETHANY M. FLANAGAN, et al.,

                Defendants.

---

## ENTRY OF DEFAULT

---

        Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

    Bethany Flanagan
    Richard Baebler
    Capital One Bank USA
    Tri County Dairy Supply, Inc.

        It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against said Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

        Dated this 15th day of September, 2014.

                                          s/L. Kamke, Deputy Clerk
                                          PETER OPPENEER
                                          Clerk of Court
                                          United States District Court
                                          Western District of Wisconsin